UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TRAVIS SHEFFIELD,<br><br>　　　　　　Petitioner,<br>v.<br>STATE OF NEVADA, et al.,<br><br>　　　　　　Respondents. | Case No. 2:22-cv-00584-GMN-NJK<br><br>ORDER |

The court denied *pro se* 28 U.S.C. § 2254 habeas corpus petitioner Travis Sheffield's application to proceed *in forma pauperis* (*see* ECF No. 4). Sheffield submitted a check for the filing fee, and the court screened his petition and directed that it be served on respondents (ECF No. 6). Subsequently, the check was returned to the Clerk of Court with the notation "unable to locate account." Sheffield has 45 days to pay the $5.00 filing fee. If he fails to respond to this order this case will be dismissed without prejudice as improperly commenced. 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2.

**IT IS THEREFORE ORDERED** that petitioner has **45 days** from the date this order is entered in which to have the $5.00 filing fee sent to the Clerk of Court.

**IT IS FURTHER ORDERED** that failure to do so may result in the dismissal of this action.

DATED: 24 May 2022.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　GLORIA M. NAVARRO
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1