UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TRAVIS SHEFFIELD, | Case No. 2:22-cv-00584-GMN-NJK |
| Petitioner, | ORDER |
| v. | |
| STATE OF NEVADA, et al., | |
| Respondents. | |

Respondents seek an extension of time to respond to 28 U.S.C. § 2254 habeas corpus petitioner Travis Sheffield's motion for leave to file an amended petition. (ECF No. 16.) Good cause appearing,

**IT IS ORDERED** that respondents' unopposed motion for extension of time to respond to the motion for leave to amend the petition (ECF No. 16.) is **GRANTED**. **The deadline to respond to the motion is extended to October 11, 2022.**

DATED: 22 August 2022.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1