UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TRAVIS SHEFFIELD, | Case No. 2:22-cv-00584-GMN-NJK |
| Petitioner, | **Order Granting Extension of Time to File Second-Amended Petition to February 6, 2023** |
| v. | |
| STATE OF NEVADA, et al., | |
| Respondents. | **(ECF No. 20)** |

28 U.S.C. § 2254 habeas corpus petitioner Travis Sheffield asks the court for an extension of time to file a second-amended petition. (ECF No. 20.) Good cause appearing,

**IT IS ORDERED** that petitioner's unopposed motion for extension of time to file a second-amended petition (ECF No. 20.) is **GRANTED**. **The deadline to file the amended petition is extended to February 6, 2023.**

DATED: 7 December 2022.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1