UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TRAVIS SHEFFIELD, | Case No. 2:22-cv-00584-GMN-NJK |
| Petitioner, | **Order Granting Extension of Time to File Second-Amended Petition to May 8, 2023** |
| v. | |
| STATE OF NEVADA, et al., | |
| Respondents. | **(ECF No. 23)** |

28 U.S.C. § 2254 habeas corpus petitioner Travis Sheffield asks the court for an extension of time to file a second-amended petition. (ECF No. 23.) Sheffield is represented by the Federal Public Defender's office. The FPD explains that he just replaced prior counsel and needs time review the case and the investigation, particularly in light of Sheffield's actual innocence claim. Good cause appearing,

**IT IS ORDERED** that petitioner's unopposed second motion for extension of time to file a second-amended petition (ECF No. 23.) is **GRANTED**. **The deadline to file the amended petition is extended to May 8, 2023.**

DATED: 7 February 2023.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1