# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRAVIS SHEFFIELD,<br><br>    Petitioner<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>    Respondents. | Case No.: 2:22-cv-00584-GMN-NJK<br><br>**Order Granting Extension of Time to File Second-Amended Petition to July 7, 2023**<br><br>(ECF No. 25) |

28 U.S.C. § 2254 habeas corpus petitioner Travis Sheffield asks the court for an extension of time to file a second-amended petition. (ECF No. 25.) Sheffield is represented by the Federal Public Defender's office. The FPD explains that the ongoing investigation of this case, including Sheffield's actual innocence claim, is particularly time and resource intensive. Good cause appearing,

**IT IS ORDERED** that petitioner's unopposed third motion for extension of time to file a second-amended petition (ECF No. 25.) is **GRANTED**. **The deadline to file the amended petition is extended to July 7, 2023.**

DATED: 9 May 2023.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE