# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRAVIS SHEFFIELD,<br><br>    Petitioner<br><br>v.<br><br>STATE OF NEVADA, *et al*.,<br><br>    Respondents. | Case No.: 2:22-cv-00584-GMN-NJK<br><br>**Order Granting Extension of Time to File Second-Amended Petition to September 5, 2023**<br><br>(ECF No. 27) |

28 U.S.C. § 2254 habeas corpus petitioner Travis Sheffield asks the court for an extension of time to file a second-amended petition. (ECF No. 27.) The Federal Public Defender representing Sheffield explains that the ongoing investigation of this case, including recently engaging a different expert and investigating Sheffield's actual innocence claim, is particularly time and resource intensive. Good cause appearing,

**IT IS ORDERED** that petitioner's unopposed fourth motion for extension of time to file a second-amended petition (ECF No. 27.) is **GRANTED** *nunc pro tunc*. **The deadline to file the amended petition is extended to September 5, 2023.**

DATED: 17 July 2023.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE