# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRAVIS SHEFFIELD,<br><br>    Petitioner<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>    Respondents. | Case No.: 2:22-cv-00584-GMN-NJK<br><br>**Order Granting Extension of Time to File Second-Amended Petition to November 6, 2023**<br><br>(ECF No. 29) |

28 U.S.C. § 2254 habeas corpus petitioner Travis Sheffield asks the court for an extension of time to file a second-amended petition. (ECF No. 29.) The Federal Public Defender representing Sheffield states that the ongoing investigation of this case, including Sheffield's actual innocence claim, is time and resource intensive. Counsel has received one expert report, engaged a second expert, and expects a forthcoming report. Good cause appearing, the motion is granted. The court is unlikely, however, to grant any further extension.

1   **IT IS ORDERED** that petitioner's unopposed fifth motion for extension of time to file a second-amended petition (ECF No. 29.) is **GRANTED** *nunc pro tunc*. **The deadline to file the amended petition is extended to November 6, 2023.**

DATED: 6 September 2023.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE