# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

TRAVIS SHEFFIELD,

    Petitioner

v.

STATE OF NEVADA, *et al.*,

    Respondents.

Case No.: 2:22-cv-00584-GMN-NJK

**Order Granting Extension of Time to File Second-Amended Petition to December 6, 2023**

(ECF No. 31)

    28 U.S.C. § 2254 habeas corpus petitioner Travis Sheffield asks the court for an extension of time to file a second-amended petition. (ECF No. 31.) The Federal Public Defender representing Sheffield explains that while he understands that the court is reluctant to extend the deadline, he has been working with a crime scene expert and is finalizing the second-amended petition. He also says that there have been difficulties communicating with Sheffield via mail. Good cause appearing, the motion is granted.

    **IT IS ORDERED** that petitioner's unopposed sixth motion for extension of time to file a second-amended petition (ECF No. 31.) is **GRANTED** *nunc pro tunc*. **The deadline to file the amended petition is extended to December 6, 2023.**

DATED: 7 November 2023.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE