# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRAVIS SHEFFIELD,<br><br>    Petitioner<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>    Respondents. | Case No.: 2:22-cv-00584-GMN-NJK<br><br>**Order Granting Extension of Time to File Response to Second-Amended Petition to<br>March 22, 2024**<br><br>(ECF No. 35) |

Respondents ask the court for an extension of time to respond to Travis Sheffield's second amended 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 35.) Good cause appearing,

IT IS ORDERED that respondents' unopposed motion for extension of time to file a response to the second-amended petition **(ECF No. 35.) is GRANTED** *nunc pro tunc*. **The deadline to file the response is extended to March 22, 2024.**

DATED: 23 January 2024.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE