# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRAVIS SHEFFIELD,<br><br>　　Petitioner<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>　　Respondents. | Case No.: 2:22-cv-00584-GMN-NJK<br><br>**Order Granting Extension of Time to File Response to Second-Amended Petition to May 6, 2024**<br><br>(ECF No. 37) |

　　Respondents ask the Court for an extension of time to respond to Travis Sheffield's Second-Amended 28 U.S.C. § 2254 Habeas Corpus Petition. (ECF No. 37.) Good cause appearing,

　　IT IS ORDERED that Respondents' unopposed second motion for extension of time to file a response to the Second-Amended Petition **(ECF No. 37) is GRANTED** *nunc pro tunc*. **The deadline to file the response is extended to May 6, 2024.**

　　DATED: 11 April 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　GLORIA M. NAVARRO
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE