# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRAVIS SHEFFIELD,<br><br>    Petitioner<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>    Respondents. | Case No.: 2:22-cv-00584-GMN-NJK<br><br>**Order Granting Extension of Time to File Response to Second-Amended Petition to June 5, 2024**<br><br>(ECF No. 39) |

Respondents ask the Court for an extension of time to respond to Travis Sheffield's Second-Amended 28 U.S.C. § 2254 Habeas Corpus Petition. (ECF No. 39.) Good cause appearing,

IT IS ORDERED that Respondents' unopposed third motion for extension of time to file a response to the Second-Amended Petition **(ECF No. 39) is GRANTED** *nunc pro tunc*. **The deadline to file the response is extended to June 5, 2024.**

DATED: 6 May 2024.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE