# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRAVIS SHEFFIELD,<br><br>   Petitioner<br><br>v.<br><br>STATE OF NEVADA, *et al*.,<br><br>   Respondents. | Case No.: 2:22-cv-00584-GMN-NJK<br><br>**Order Granting Extension of Time to File Reply in Support of Motion to Dismiss to August 22, 2024**<br><br>(ECF No. 51) |

Respondents ask the Court for an extension of time to file a reply in support of their Motion to Dismiss Travis Sheffield's Second Amended 28 U.S.C. § 2254 Habeas Corpus Petition. (ECF No. 51.)  Good cause appearing,

IT IS ORDERED that Respondents' unopposed Motion for Extension of Time to file a reply in support of their Motion to Dismiss **(ECF No. 51) is GRANTED** *nunc pro tunc*. **The deadline to file the reply is extended to August 22, 2024.**

DATED: 10 July 2024.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE