# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRAVIS SHEFFIELD,<br><br>    Petitioner<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>    Respondents. | Case No.: 2:22-cv-00584-GMN-NJK<br><br>**Order Granting Extension of Time to File Reply in Support of Motion to Dismiss to September 5, 2024**<br><br>(ECF No. 54) |

Respondents ask the Court for an extension of time to file a reply in support of their Motion to Dismiss Travis Sheffield's Second Amended 28 U.S.C. § 2254 Habeas Corpus Petition. (ECF No. 54.)  Good cause appearing,

IT IS ORDERED that Respondents' unopposed second Motion for Extension of Time to file a reply in support of their Motion to Dismiss **(ECF No. 54) is GRANTED** *nunc pro tunc*. **The deadline to file the reply is extended to September 5, 2024.**

DATED: 23 August 2024.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE