# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRAVIS SHEFFIELD,<br><br>    Petitioner<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>    Respondents. | Case No.: 2:22-cv-00584-GMN-NJK<br><br>**Order Granting Extension of Time to File Answer to Petition to April 11, 2025**<br><br>(ECF No. 59) |

Respondents ask the Court for an extension of time to file an answer to Travis Sheffield's Second Amended 28 U.S.C. § 2254 Habeas Corpus Petition. (ECF No. 59.) Good cause appearing,

IT IS ORDERED that Respondents' unopposed Motion for Extension of Time to file an answer to the petition **(ECF No. 59) is GRANTED** *nunc pro tunc*. **The deadline to answer is extended to April 11, 2025.**

DATED: 11 February 2025.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE