# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRAVIS SHEFFIELD, | Case No.: 2:22-cv-00584-GMN-NJK |
| Petitioner | **Order Granting Extension of Time to File Answer to Petition to June 17, 2025** |
| v. | |
| STATE OF NEVADA, *et al.*, | (ECF No. 63) |
| Respondents. | |

Respondents ask the Court for an extension of time to file an answer to Travis Sheffield's Second Amended 28 U.S.C. § 2254 Habeas Corpus Petition. (ECF No. 63.) Good cause appearing,

IT IS ORDERED that Respondents' unopposed Motion for Extension of Time to file an answer to the petition **(ECF No. 63) is GRANTED** *nunc pro tunc*. **The deadline is extended to June 17, 2025.**

DATED: 28 May 2025.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE