# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRAVIS SHEFFIELD,<br><br>    Petitioner<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>    Respondents. | Case No.: 2:22-cv-00584-GMN-NJK<br><br>**Order Granting Extension of Time to File a Reply to Answer to October 30, 2025**<br><br>(ECF No. 68) |

Travis Sheffield, through his counsel the Federal Public Defender, asks the Court for an extension of time to file a reply to the answer to his Second Amended 28 U.S.C. § 2254 Habeas Corpus Petition. (ECF No. 68.)  The FPD explains that he only took over this case last week.  Good cause appearing,

It is Ordered that Petitioner's unopposed Motion for Extension of Time to file a reply to the answer to the Petition **(ECF No. 68) is GRANTED** *nunc pro tunc*.  **The deadline is extended to October 30, 2025.**

DATED: 4 August 2025.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE