UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRAVIS SHEFFIELD,<br><br>    Petitioner,<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>    Respondents. | Case No. 2:22-cv-00584-GMN-NJK<br><br>**ORDER** |

In this habeas corpus action, the respondents filed an answer on June 17, 2025. ECF No. 65. The petitioner, Travis Sheffied, who is represented by appointed counsel, was due to file a reply to the answer by October 30. ECF No. 69. On October 29, Sheffield filed a motion for extension of time, requesting a 32-day extension, to December 1. ECF No. 73. Sheffield's counsel states that the extension is necessary because she is new to the case and because of her other obligations. Sheffield's counsel represents that Respondents do not oppose the extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 73) is **GRANTED**. Petitioner will have until and including **December 1, 2025**, to file a reply to Respondents' answer. *The Court will not be inclined to further extend this deadline.*

DATED THIS __3__ day of _____November_____, 2025.

                                                GLORIA M. NAVARRO
                                                UNITED STATES DISTRICT JUDGE