UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRAVIS SHEFFIELD,<br><br>    Petitioner,<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>    Respondents. | Case No. 2:22-cv-00584-GMN-NJK<br><br>**ORDER** |

      In this habeas corpus action, Respondents filed an answer on June 17, 2025. ECF No. 65.  Petitioner Travis Sheffied, who is represented by appointed counsel, is due to file a reply to the answer by December 1, 2025. ECF No. 74.  Meanwhile, Sheffield filed a motion for leave to conduct discovery on July 21, 2025, and the parties have completed the briefing of that motion. ECF Nos. 66, 70, 71.

      On November 24, 2025, Sheffield filed a motion for extension of time, requesting an extension of the time for his reply, to 60 days after the Court rules on the discover motion. ECF No. 75. Sheffield's counsel states that he makes this request because Sheffield asked him to do so, and because the discovery motion seeks discovery relative to one of Sheffield's claims of ineffective assistance of counsel—the claim that trial counsel was ineffective for not filing a motion requesting testing for fingerprints on certain evidence. *Id*. Sheffield's counsel represents that Respondents do not oppose the motion for extension of time. *Id*.

      The Court will grant Sheffield an extension of time to file his reply, but not to 60 days after a ruling on the discovery motion. The Court determines that under the circumstances in this case it will be preferable to consider the discovery motion in conjunction with the full briefing of the merits of Sheffield's claims; this will allow the Court to fully understand Sheffield's claims, both with respect to their merits and with respect to any procedural issues, and it will allow the Court to fully understand how

Sheffield's discovery motion relates to each claim. If the Court grants the discovery motion, the Court will consider whether supplemental briefing of the merits of any or all of Sheffield's claims is warranted following the completion of the discovery.

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 75) is **GRANTED IN PART AND DENIED IN PART**. Petitioner will have until and including **January 7, 2026**, to file a reply to Respondents' answer. *The Court will not further extend this deadline absent extraordinary circumstances*.

DATED THIS __26__ day of _____November_____, 2025.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE