UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TRAVIS SHEFFIELD,

    Petitioner,

v.

STATE OF NEVADA, *et al.*,

    Respondents.

Case No. 2:22-cv-00584-GMN-NJK

**ORDER**

    In this habeas corpus action, Respondents filed an answer on June 17, 2025. ECF No. 65. Petitioner Travis Sheffield, who is represented by appointed counsel, was due to file a reply to the answer by January 7, 2026. *See* ECF Nos. 74, 76. On January 7, Sheffield filed a motion for extension of time, requesting a 7-day extension, to January 14. ECF No. 77. Sheffield's counsel states that they make this request because of the relationship of the reply to Sheffield's discovery motion and because of their obligations in other cases. Sheffield's counsel represents that Respondents do not oppose the motion for extension of time. *Id.* The Court finds that the motion is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time.

    **IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 77) is **GRANTED**. Petitioner will have until and including **January 14, 2026**, to file a reply to Respondents' answer. *The Court will not look favorably upon any motion to further extend this deadline.*

    DATED THIS __7__ day of ____January____, 2026.

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE